**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 27, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00565-CV

---

## COPART, INC., Appellant

## V.

## GENE'S CROSS COUNTRY CHIPPING, INC., AND EZ FIX COLLISION CENTER, LLC, Appellees

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1193104**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed June 30, 2023. On February 12, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.